THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALEEM KHAN, Appellant.

Submitted June 13, 2011; decided June 23, 2011

Motion, pursuant to CPL 460.60 (3), to extend the time for argument or submission of the appeal and to continue the stay granted and stay continued until determination of the appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JAMES PERRY, Respondent.

Submitted June 6, 2011; decided June 23, 2011

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAOUL SOUTH, Appellant.

Submitted June 20, 2011; decided June 23, 2011

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY WILLIAM, Appellant.

Submitted June 20, 2011; decided June 23, 2011

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.